954

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MID-DLETON, Appellant.— Motion for leave to dispense with printing granted. The appeal will be heard on the original papers and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy. The appellant's time to perfect the appeal is enlarged to the January 1961 Term. Motion for assignment of counsel granted. Miss Frances N. Kahn, 76 Reade Street, New York, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT PALMIERI, Appellant.— Motion to dismiss appeal denied; appellant to perfect the appeal for the October Term; appeal ordered to be placed on the calendar for October 10, 1960. The appellant's time is enlarged accordingly. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD PHELPS, Appellant.— Motion for leave to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy thereof on the District Attorney. The appellant's time to perfect the appeal is enlarged to the January 1961 Term; appeal ordered to be placed on the calendar for said term. Upon his consent, William M. Goldman, Esq., 52-12—108th Street, Corona 68, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SHAFTY F. PORTER, Appellant.— Motion for leave to appeal as a poor person and for assignment of counsel denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN ROSSMAN, Appellant.— Motion for leave to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy. The appellant's time to perfect the appeal is enlarged to the January 1961 Term. Motion for assignment of counsel granted. Marshall G. Kaplan, Esq., 50 Court Street, Brooklyn 1, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR STEDLEY, Appellant.— Motion to dispense with the printing of the record on appeal granted. The appeal will be heard on the original papers (including the typed minutes) and on printed briefs. Motion to enlarge time granted; appellant to perfect the appeal for the November Term; appeal ordered to be placed on the calendar for November 7, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.